ANGELINE SPECYAL, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal on the law and for granting a new trial on the ground that it was error for the court to refuse leave to amend the complaint to plead an oral assignment and that it was error for the court to refuse to submit the question of an oral assignment to the jury. (The judgment is for defendant in an action by an assignee under a life insurance policy. The order denies plaintiff's motions for a directed verdict and to set aside the verdict.) Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

DAVID VIALET, Respondent, v. SNIDER PACKING CORP., Appellant.— Judgment and order affirmed, with costs. All concur (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THOMAS C. LEADER, Respondent, v. ANTHONY JEZIORSKI, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment and order of the Supreme Court, Erie Special Term, reverse a judgment of the Buffalo City Court in favor of defendant and grant a new trial in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

LIBERTY BANK OF BUFFALO, Respondent, v. HELEN POST LANSING and Others, Defendants, and DAVID W. WALLACE, Appellant.— Order affirmed, with ten dollars costs and disbursements. Memorandum: In demanding both equitable and legal relief in his answer, the defendant Wallace has placed himself in the same position, so far as the right to a jury trial is concerned, as if he had demanded such relief on the same set of facts in a complaint. By his prayer for both types of remedies, he has waived his right to a jury trial on the issues raised by the answer and the reply. (Civ. Prac. Act, §§ 424, 425; DiMenna v. Cooper & Evans Co., 220 N. Y. 391, 396.) All concur. (The order denies a motion by defendant Wallace for a jury trial of issues of fact in an action to foreclose a mortgage.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD J. HERMANN, Appellant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of burglary, third degree. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GEORGE M. HAIGHT, as Receiver of PULASKI NATIONAL BANK, Appellant, v. JOHN P. CHARLEBOIS, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action on a promissory note.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

IRENE FOOTE, Appellant, v. FRANCIS E. CHAPMAN, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.